UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LESHAWN YOUNG, ON BEHALF OF HERSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

                   Plaintiffs,

                   v.

AMERR RUGS, INC.,

                   Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:22-cv-5947

**<u>NOTICE OF VOLUNTARY
DISMISSAL</u>**

      Plaintiff(s), LESHAWN YOUNG, in accordance with Rule 41(a)(1)(A)(i) of the Federal

Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, AMERR

RUGS, INC., with prejudice and without fees and costs.

Dated: New York, New York
        September 29, 2022

                                   **GOTTLIEB & ASSOCIATES**

                                   */s/Michael A. LaBollita, Esq.*

                   Michael A. LaBollita, Esq., (ML-9985)
                       150 East 18th Street, Suite PHR
                           New York, NY 10003
                          Phone: (212) 228-9795
                            Fax: (212) 982-6284
                       Michael@Gottlieb.legal

                                *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge