UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LESHAWN YOUNG, ON BEHALF OF HERSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

    Plaintiffs,

    v.

AMERR RUGS, INC.,

    Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:22-cv-5947

**NOTICE OF VOLUNTARY DISMISSAL**

  Plaintiff(s), LESHAWN YOUNG, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, AMERR RUGS, INC., with prejudice and without fees and costs.

Dated: New York, New York
    September 29, 2022

                     **GOTTLIEB & ASSOCIATES**

                     _/s/Michael A. LaBollita, Esq._

                 Michael A. LaBollita, Esq., (ML-9985)
                    150 East 18th Street, Suite PHR
                         New York, NY 10003
                         Phone: (212) 228-9795
                          Fax: (212) 982-6284
                         Michael@Gottlieb.legal

                        _Attorneys for Plaintiffs_

SO ORDERED:

_____ Dated: October 5, 2022
Hon. Katherine Polk Failla      New York, New York
United States District Court Judge